DANIEL J. RYLANDER, P.C.
Attorneys At Law
St. Philip's Plaza
4340 North Campbell, Suite 266
Tucson, Arizona 85718
Office (520) 299-4922-Fax (520)299-1482

Daniel J. Rylander
PCB #64969 - Ariz. Bar #15279
Noreen A. Cary
PCB #66272 - Ariz.- Bar # 27116

Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>JOHN K CRIST<br>SSN: XXX-XX-3548<br><br>LISA D HOLFORD<br>SSN: XXX-XX-1645<br><br>Debtors | In Proceeding Under Chapter 13<br><br>Case No. 04: 11-bk-18618-JMM<br><br>**MOTION TO AVOID JUDICIAL LIEN PURSUANT TO 11 U.S.C. § 522 (f)(1)(A)** |

**COME NOW** the Debtors, JOHN CRIST AND LISA HOLFORD, by and through counsel undersigned and pursuant to 11 U.S.C. §522(f)(1)(A) and 11 U.S.C. § 522 (f)(2)(A), hereby motion this Honorable Court for an order avoiding the judicial lien of the creditor Citibank (South Dakota) N.A., State of Arizona, Pima County Justice Court Case number CV10002222, and as grounds therefore, state as follows:

1. The Debtors filed their petition on June 28, 2011.

2. Pursuant to state law, the creditor Citibank (South Dakota) N.A. has obtained a judgment against the Debtors in Pima County, which it perfected and recorded in the property records

. . . .

of Pima County, Arizona.

3. The sum owed on that judgment is at least $2,231.00, and the Debtors are entitled to an exemption of $150,000.00 and have claimed same, since the sum of the lien and the exemption is at least $152,231.00.

Pursuant to Arizona Revised Statutes §§ 33-1123 and 33-1125, there exists by operation of law exemptions available to the Debtors in the above-captioned action which prohibits creditor action vis-a-vis the above real property.

4. The schedule A value of Debtors' property located at 7770 W Lees Ferry Court, Tucson, AZ 85743 consisting of approximately .2 acres and their home, is $142,000.00.

5. There exist other non-judicial liens on the property, but they have been contingently avoided under adversary procedure # 4:11-ap-01818-JMM.

6. Therefore under the required analysis of 11 U.S.C. § 522(f)(2)(A), the lien impairs the exemption and the Debtors may avoid same.

7. Pursuant to 11 U.S.C. §§ 522(f)(1)(A) and (2)(A), the Debtors may avoid the fixing of said judicial lien of Citibank (South Dakota) N.A. on the Debtors' real property.

**WHEREFORE**, the Debtors JOHN CRIST AND LISA HOLFORD hereby request that this Honorable Court enter an order avoiding the fixing of the judicial lien of said creditor Citibank (South Dakota) N.A. so that the Debtors may record same.

RESPECTFULLY SUBMITTED this FEBRUARY 27, 2012.

....

[signature]

Daniel J. Rylander AZ BAR #15279
Noreen A. Cary, AZ BAR # 27116
DANIEL J. RYLANDER, P.C.
Attorneys for Debtors

Original electronically filed with the Clerk of the United States Bankruptcy Court, this FEBRUARY 27, 2012.

Copy of the foregoing mailed/ hand delivered this FEBRUARY 27, 2012 to:

CITIBANK (SOUTH DAKOTA) N.A.
701 E 60TH STREET N
SIOUX FALLS, SD 57104

PETER MOZER, CHAIRMAN AND PRESIDENT
CITICORP USA, INC.
388 GREENWICH STREET
NEW YORK, NY 10013

CT CORPORATION SYSTEM
2394 E CAMELBACK ROAD
PHOENIX, AZ 85016
STATUTORY AGENT FOR CITIBANK

SEIDBERG LAW OFFICE
PO BOX 7290
PHOENIX, AZ 85011

JOHN CRIST AND LISA HOLFORD
7777 W LEES FERRY COURT
TUCSON, AZ 85743

Dianne C. Kerns, Esq.
Chapter 13 Trustee
PMB 413
7320 N La Cholla Blvd 154
Tucson AZ 85741

By: [signature]
Steve Peterson, Paralegal
DANIEL J. RYLANDER, P.C.