Daniel J. Rylander, P.C.
Attorneys At Law
St. Philip's Plaza
4340 North Campbell, Suite 266
Tucson, Arizona 85718
Office (520) 299-4922-Fax (520)299-1482

Daniel J. Rylander
PCB #64969 - Ariz. Bar #15279
Noreen A. Cary
PCB #66272-Ariz. Bar #027116

Attorneys for Debtors.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) In Proceeding Under Chapter 13 |
| JOHN K CRIST<br>SS# XXX-XX-3548 | ) Case No. 4:11-bk-18618-JMM |
| LISA D HOLFORD<br>SS# XXX-XX-1645 | ) **MOTION TO AVOID JUDICIAL LIEN**<br>) **PURSUANT TO 11 U.S.C. § 522**<br>) **(f)(1)(A)** |
| Debtors. | ) |

**COME NOW** the Debtors, JOHN CRIST AND LISA HOLFORD, by and through counsel undersigned and pursuant to 11 U.S.C. § 522(f)(1)(A). Debtors hereby move this Honorable Court for an Order avoiding the judicial lien of the creditor AMERICAN EXPRESS BANK, FSB. As grounds therefore, Debtors state as follows:

1. The Debtors filed their petition on June 28, 2011. Pursuant to state law, the creditor AMERICAN EXPRESS BANK, FSB, has obtained a judgment against the Debtors in Pima County Superior Court Case No. C20099564, which it perfected and recorded in

the property records of Pima County, Arizona at Sequence No. 20101000371.

2. The aforementioned judgment, as it is recorded, constitutes a judicial lien against the real property of the Debtors located at 7770 W LEES FERRY COURT, TUCSON, AZ 85743, LEGAL DESCRIPTION: EL RIO@CONTINENTAL RANCH LOT 0013. The sum owed on that judgment is at least $22,154.52 with interest accruing.

3. Pursuant to Arizona Revised Statutes §§ 33-1123 and 33-1125, there exists by operation of law exemptions available to the Debtors in the above-captioned action which prohibit creditor action vis-a-vis the above property. Debtors are entitled to an exemption of $150,000.00 and have claimed same. The total of the lien and the exemption is at least $172,154.52. The schedule A value of Debtors' property located at 7770 W Lees Ferry Court, Tucson, AZ 85743 consisting of approximately .2 acres and their home is $142,000.00.
There exist other non-judicial liens on the property, but they have been contingently avoided under adversary procedure # 4:11-ap-01818-JMM.

4. Therefore, under the required analysis of 11 U.S.C. § 522(f)(2)(A), the judgment lien of the creditor, AMERICAN EXPRESS BANK, FSB, impairs the exemption of the Debtors in the subject property.

5. Pursuant to 11 U.S.C. §§ 522(f)(1)(A) and (2)(A), the Debtors may avoid the fixing of said judicial lien of AMERICAN EXPRESS BANK, FSB on the Debtors' real property.

2
Case 4:11-bk-18618-BMW    Doc 37    Filed 03/29/12    Entered 03/29/12 14:24:35    Desc
Main Document    Page 2 of 4

**WHEREFORE,** the Debtors hereby request that this Honorable Court enter an Order avoiding the fixing of the judicial lien of said creditor AMERICAN EXPRESS BANK, FSB, so that the Debtors may record same.

RESPECTFULLY SUBMITTED THIS MARCH 29, 2012.

x _____
Daniel J. Rylander AZ BAR #15279
Noreen A. Cary AZ BAR #027116
DANIEL J. RYLANDER, P.C.
Attorneys for Debtors

Original filed with the Clerk
of the United States Bankruptcy
Court this March 29, 2012.

Copy of the foregoing mailed/
hand delivered this March 29, 2012 to:

AMERICAN EXPRESS BANK, FSB
C/O JEROLD KAPLAN LAW OFFICE, P.C.
2738 E WASHINGTON STREET
PHOENIX, AZ 85034
PLAINTIFF AND PLAINTIFF ATTORNEY

Dianne C. Kerns, Esq.
Chapter 13 Trustee
PMB 413
7320 N La Cholla Blvd 154
Tucson AZ 85741

. . . .

| | |
|---|---|
| 1 | JOHN CRIST AND LISA HOLFORD |
| | 7770 W Lees Ferry Court |
| 2 | Tucson, AZ 85743 |

...

By: _/s/ signature_
Steve Peterson, Paralegal
DANIEL J. RYLANDER, P.C.