Daniel J. Rylander, P.C.
Attorneys At Law
St. Philip's Plaza
4320 North Campbell, Suite 238
Tucson, Arizona 85718
Office (520) 299-4922-Fax (520)299-1482

Daniel J. Rylander
PCB #64969 - Ariz. Bar #15279
Noreen A. Cary
PCB #66272-Ariz. Bar #027116

Attorneys for Debtors.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>JOHN K CRIST<br>SS# XXX-XX-3548<br><br>LISA D HOLFORD<br>SS# XXX-XX-1645<br><br>Debtors. | Chapter 13<br><br>No: 4:11-bk-18618-JMM<br><br>ORDER RE: DEBTORS' MOTION TO AVOID JUDICIAL LIEN PURSUANT TO 11 U.S.C. § 522(f)(1)(A) |

On March 29, 2012, the Debtors filed a motion to avoid the judicial lien held by creditor AMERICAN EXPRESS BANK, FSB, which was recorded in Pima County as document number 20101000371, and there being no objection thereto and good cause appearing:

IT IS HEREBY ORDERED that the judicial lien of creditor AMERICAN EXPRESS BANK, FSB, shall be avoided and declared null and void, so long as the Debtors' complete their Chapter 13 plan and receive a discharge.

SIGNED AND DATED ABOVE.